## CLABER DISTRIBUTING CO. *v.* RUBBERMAID, INC.

No. 1310.   Decided June 3, 1968.

*Donald M. Robiner* for appellant.

*David W. Pancoast* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## FOSDICK ET AL. *v.* HAMILTON COUNTY.

No. 1352.   Decided June 3, 1968.

*Robert H. Fosdick, pro se,* and for other appellant.

*Frank H. Shaffer, Jr.,* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.